ORIGINAL

E filing

1. **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2. Name **SEDILLO**            **ANDREW**           **J.**
3.     (Last)                  (First)              (Initial)

4. Prisoner Number **CDCR #V-17206**

5. Institutional Address **P.O. BOX 3030, SUSANVILLE, CA 96127-3030**
6. **HIGH DESERT STATE PRISON**

7. UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

8. **ANDREW JOSEPH SEDILLO, AN INDIVIDUAL**
9. (Enter the full name of plaintiff in this action.)

   CV 08 1844 CRB (PR)

10.         vs.                                 Case No. _____
                                                (To be provided by the Clerk of Court)
11. **LINDA MAKELA, CLERK**
                                                COMPLAINT UNDER THE
12. **K.A. JOHNSON, CCII**                      CIVIL RIGHTS ACT,
                                                Title 42 U.S.C § 1983
13. **. MARTINEZ, CCI**

14. **LISA ANN NOVAK**
    (Enter the full name of the defendant(s) in this action)

15.

16. *[All questions on this complaint form must be answered in order for your action to proceed..]*

17. I.   Exhaustion of Administrative Remedies.

18.      [**Note:** You must exhaust your administrative remedies before your claim can go

19.      forward. The court will dismiss any unexhausted claims.]

20.      A.   Place of present confinement **CDCR/HIGH DESERT STATE PRISON**

21.      B.   Is there a grievance procedure in this institution?

22.           YES ( **X** )   NO ( )

23.      C.   Did you present the facts in your complaint for review through the grievance

24.           procedure?

25.           YES ( **X** )   NO ( )

26.      D.   If your answer is YES, list the appeal number and the date and result of the

27.           appeal at each level of review. If you did not pursue a certain level of appeal,

28.           explain why.

COMPLAINT                           - 1 -

1. Informal appeal  K.A. JOHNSON RESPONDED TO 602 (FAILED TO PLACE AN APPEAL NUMBER ON 602) AND DENIED TO REVEAL WHICH AGENTS CONTACTED HER CONCERNING THE NOTICES.

2. First formal level  APPEALS COORDINATOR REFUSED FURTHER PROCESSING OF APPEAL AND AVOWED TO DESTROY THE APPEAL IF RESUBMITTED. THE ACTIONS OF THE COORDINATOR EXHAUSTED ALL REMEDIES "AVAILABLE".

3. Second formal level  (PLEASE SEE ATTACHED EXHIBIT) UNABLE TO PROCEED.

4. Third formal level  UNABLE TO PROCEED.

E. Is the last level to which you appealed the highest level of appeal available to you?

  YES (X)  NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

ANDREW JOSEPH SEDILLO, CDCR #V-17206, P.O. BOX 3030, B3-117, HIGH DESERT STATE PRISON, SUSANVILLE, CA 96127-3030

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

LINDA ANN NOVAK, FORMER COUNSEL OF PLAINTIFF, SAN MATEO COUNTY

COMPLAINT  - 2 -

1  K.A. JOHNSON, CCII AT MULE CREEK STATE PRISON,

2  . MARTINEZ, CCI, MULE CREEK STATE PRISON

3  LINDA MAKELA, CLERK OF SAN MATEO COUNTY COURT

4

5  III.   Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  1. ON OR ABOUT NOVEMBER 19TH, 2006, PLAINTIFF ANDREW JOSEPH SEDILLO, HERE-

11  AFTER REFERRED TO AS PLAINTIFF, DELIVERED ADMINISTRATIVE NOTICES TO LINDA

12  MAKELA AND LISA ANN NOVAK, DEFENDANT'S IN THIS MATTER.

13  2. ON OR ABOUT NOVEMBER 26TH, 2006, K.A. JOHNSON AND MARTINEZ, DEFENDANTS,

14  ORDERED PLAINTIFF TO CEASE FROM DELIVERING ANY MORE PAPERS TO SAN MATEO

15  COUNTY OR ANY AGENTS OF THE COUNTY DUE PHONE CALLS FROM DEFENDANT'S LINDA

16  MALEKA AND LISA ANN NOVAK WHICH WERE RECEIVED BY CDCR COUSELORS.

17  3. PLAINTIFF INFORMED DEFENDANT'S K.A. JOHNSON AND MARTINEZ OF PLAINTIFFS

18  RIGHT TO RIGHT TO REDRESS GRIEVANCES WITH SAN MATEO COUNTY AND ITS AGENTS.

19  4. DEFENDANT'S K.A. JOHNSON DEMANDED THAT PLAINTIFF OBEY HER DIRECT ORDER

20  TO DESIST OR FACE FURTHER DISCIPLINARY ACTION MEANING THAT THE PLAINTIFF,

21  IF HE DID NOT DESIST, WOULD RECEIVE A 115 (DISCIPLINARY ACTION).

22

23  IV.   Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  1. DECLARE THE PLAINTIFF'S RIGHTS;

27  2. INJUNCTIVE RELIEF AS THE COURT DEEMS NECESSARY;

28  3. COMPENSATORY DAMAGES AS THE COURT DEEMS NECESSARY;

COMPLAINT                          - 3 -

1. **4. RESPONDENT PAY ALL COURT COSTS.**
2. 
3. 
4. 
5. I declare under penalty of perjury that the foregoing is true and correct.
6. 
7. Signed this  2nd  day of  April  , 20 08
8. 
9. _____Sedillo_____
   Without Prejudice
10. (Plaintiff's signature)

COMPLAINT — 4 —

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| **INMATE/PAROLEE APPEAL FORM** CDC 602 (12/87) | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Sedillo, Andrew Joseph | V17206 | A2B/Mule Creek | B3-102u |

**A. Describe Problem:** On or about November 26th, 2006 Mrs. Johnson CCII requested that I no longer contact the Superior Court of San Mateo or write any 'papers' to it's officials. You said that their officials, called you requesting for me not to file any paper's to the courts. You then ordered me to no longer file any papers to them. I told you that this is depriving me of Fundamental Rights and Constitutional Protections. You said you will hold me accountable.

If you need more space, attach one additional sheet.

**B. Action Requested:** 1) To give me a list of the agents that contacted you; ordering me/denying me the right to redress grievance(s). 2) Recognize your jurisdictional violations so that way no reprisals are taken on me like you promised.

Inmate/Parolee Signature: _Sedillo_    Date Submitted: November 30, 2001

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*March 5, 2008*

*SEDILLO, V17206*  HDSP u7

Log Number: MCSP-A-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c).***

***Per Title 15, Section 3084.7(c) Appellant must submit the Appeals within 15 working days at the event or decision being appealed. You have exceeded the 15 day time limit. If you resubmit this appeal issue you will not get it back.***

***CCII Wilson.***

Appeals Coordinator

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

MCSP APPEALS OFFICE
2008 FEB 15 AM 8:01

Location: Institution/Parole Region | Log No. | Category
1. _____ | 1. _____ | 10
2. _____ | 2. _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Andrew Joseph Sedillo   NUMBER: V57266   ASSIGNMENT: A2B (HOSP.)   UNIT/ROOM NUMBER: B3-117L

A. Describe Problem: Mrs. Johnson, I have yet to recieve a response from initial 602 dated November 30, 2006. It concerns your direct order for me not to contact the San Mateo County agency or any of their agents due to phone calls you recieved about my administrative and private notice(s) to redress grievances. I would like to settle this issue with you so that no reprisals will be taken for me filing because you said verbatum... "I will write you up!" Please respond within 15 days of reciept.

If you need more space, attach one additional sheet.

B. Action Requested: 1) Give to me the names of all agents who contacted you from San Mateo Agency on or about November 26th 2006. 2) State why or what was discussed

Inmate/Parolee Signature: Sedillo   Date Submitted: Jan. 21, 2008

C. INFORMAL LEVEL (Date Received: 2/1/08)

Staff Response: Appeal denied. I do not recall the names of the agents who contacted me and what the conversation was about, aside from what you've indicated above. In addition, I don't believe I ever received the CDC 602 from you in 2006 or you would have received some response from me.

Staff Signature: Johnson - CCII   Date Returned to Inmate: 2/1/08

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Per CCR 3084.5(B)(a) Informal level shall be waived for appeal of classification committee action or classification staff actions. CCII Johnson does not deny her misconduct so her agreement surpresses my right to Redress grievance.

Signature: Sedillo   Date Submitted: February 10th 2008

CDC Appeal Number: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

2008 MAR -4 AM 9:16
MCSP APPEALS OFFICE

HDSP
Andrew Joseph Edillo
c/o #V17226 (B3-117)
P.O. Box 3030
Susanville, Ca. 96127

RENO NV 895
29 FEB 2008 PM 1 T

"LET US DARE TO READ,
THINK, SP...
John Adams
POWER...

STATE PRISON

MCSP - Appeals Office
P.O. Box 409060
Ione, California.
95640

B3

Confidential Legal Mail!

MCSP
APPEALS OFFICE
2008 MAR -4 AM

I/M SEDILLO
CDCR # V17206
HDSP (B3-117)
FEBRUARY 28TH, 2008
602 INMATE APPEAL - FORMAL LEVEL REPLY
ENCLOSURES: 1) COPY OF APPEAL - DATED NOVEMBER 30, 2006
2) Screening page - first level, February 19, 2008
3) Appeal follow up - DATED FEBRUARY 15, 2008 Log Number s/o 2/19/08 category 10.

RE: CLARITY OF ISSUES

### I.

Informal level. The informal level is that at which the appellant and staff in the action or decision attempt to resolve the grievance informally. CRC § 3084.5 (a). When an appellant attempts to resolve an (issue) appeal at the informal level, the employee contacted by the appellant shall review and if practical resolve the grievance. The employee shall report the action taken in the response space provided on the appeal form and shall sign and date the form. CRC § 3084.5(a)(2).

The informal level shall be waived for appeal of alleged misconduct of a department peace officer. CRC § 3084.5 (a)(3)(G).

### II.

CC# Mrs. K.A. Johnson demanded that the appellant no longer file any more paper's into the San Mateo County court! OR Reprisals will commence there after. CRC § 3084.6 (b)(4)(C).

Because she recived a phone call from this agency pertaining to my attempts to redress of grievances

Issues

I.

Informal Level. The informal level is that at which the appellant and staff in the action or decision attempt to resolve the grievance informally. CRC § 3084.5 (a). When an appellant attempts to resolve an (issue) appeal at the informal level, the employee contacted by the appellant shall review and if practical resolve the grievance. The employee shall report the action taken in the response space provided on the appeal form and shall sign and date the form. CRC § 3084.5(a)(2).

The informal level shall be waived for appeal of Alleged misconduct of a department peace officer. CRC § 3084.5 (a)(3)(6).

II.

CC# Mrs. K.A. Johnson demanded that the appellant no longer file any more paper's into the San Mateo County court! OR Reprisals will commence there after. CRC § 3084.6 (b)(4)(C).

Because she recived a phone call from this agency pertaining to my attempts to redress of grievances with Sentencing court. CRC § 3084.7 (a)(1), CRC § 3391 (a)-(d), CRC § 3405

EMPLOYEES OF THE DEPARTMENT SHALL NOT ENGAGE IN ANY OTHER EMPLOYMENT OR ACTIVITY INCONSISTENT WITH OR INCOMPATIBLE WITH EMPLOYMENT BY THE DEPARTMENT. CRC § 3413 (a)-(c).

III.

Action Requested is legible, i.e. English.

High Desert State Pen.-
Andrew Joseph Scallo
#V17226 (B3.117c)
P.O. Box 3030
Susanville, California
96127

RENO NV 895
08 FEB 2008 PM 1 L

"LET US DARE TO
THINK, SPE...
John Adams
[powers...]

Appeals Office
Mule Creek S.P.
P.O. Box 409060
Ione, California
95640

MCSP APPEALS OFFICE
2008 FEB 15 AM 8:0[0]
B3 STATE PRISON

Confidential Legal Mail

St    of California
Cl    FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*February 19, 2008*

*SEDILLO, V17206*

Log Number: MCSP-A-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*The issues in your appeal are unclear. Please clarify your issues and resubmit.*

*If you are appealing some classification in 2006 or 2007, you have missed your time limits of 15 days. Therefore screened out. If you are appealing something later, then attach copy and re-apply. Please be specific on requested action.*

Appeals Coordinator

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

Andrew Joseph Sedillo
c/o CDCR#V17200 (B3 117)
[HDSP]
P.O. Box 3030
Susanville, California
96127

Pro Se

STATE PRISON

RECEIVED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CALIFORNIA
94102

