E-filing

FILED
08 APR -7 PM 2:07
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. CALIFORNIA

1  ANDREW JOSEPH SEDILLO
   CDCR #V-17206
2  P.O. BOX 3030, B3-117
   HIGH DESERT STATE PRISON
3  SUSANVILLE, CA  96127-3030

4  IN PRO PER

5

6

7

8             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9

10 ANDREW JOSEPH SEDILLO,           )
                                    )          08           1844
11            Plaintiff,            )   CASE NO. _____
                                    )
12     vs.                          )   PRISONER'S
   LINDA MALEKA, K.A. JOHNSON,      )   APPLICATION TO PROCEED     CRB
13 MARTINEZ, AND LISA ANN NOVAK.    )   IN FORMA PAUPERIS
                                    )
14            Defendant.            )
   _____)
15
                                                                   (PR)
16     I, _____, declare, under penalty of perjury that I am the

17 plaintiff in the above entitled case and that the information I offer throughout this application

18 is true and correct. I offer this application in support of my request to proceed without being

19 required to prepay the full amount of fees, costs or give security. I state that because of my

20 poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21 entitled to relief.

22     In support of this application, I provide the following information:

23 1.  Are you presently employed? Yes ____ No **XX**

24 If your answer is "yes," state both your gross and net salary or wages per month, and give the

25 name and address of your employer:

26 Gross: _____  Net: _____

27 Employer: _____

28 _____

APP. TO PROC. IN FORMA PAUPERIS           - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  FLOOR CRAFT, SAN FRANCISCO, CALIFORNIA
5  CARPENTER'S UNION, SAN FRANCISCO, CALIFORNIA
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or              Yes ___ No ___
10           self employment
11      b.   Income from stocks, bonds,           Yes ___ No ___
12           or royalties?
13      c.   Rent payments?                       Yes ___ No ___
14      d.   Pensions, annuities, or              Yes ___ No ___
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ___ No ___
17           Social Security or other govern-
18           ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.  Are you married?                            Yes ___ No ___
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
   **N/A**
5  _____
6  _____
7  5.  Do you own or are you buying a home?   Yes ____ No ____
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ____ No ____
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes _____ No _____ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ____
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____     $ _____     $ _____
27 _____     $ _____     $ _____
28 _____     $ _____     $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

**N/A**

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No **XX**
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

**N/A**

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.
    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

April 2nd, 2008, A.D.                    *Sedillo*
                                         Without Prejudice
DATE                                     SIGNATURE OF APPLICANT